IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| |
|---|
| JUSTIN OLSEN,<br><br>    Plaintiff,<br><br>vs.<br><br>ALASKA TEAMSTER-EMPLOYER WELFARE PLAN and THE BOARD OF TRUSTEES,<br><br>    Defendant. |

Case No. 4:11-cv-000015 RRB

## DEMAND FOR JURY TRIAL

Plaintiff Justin Olsen, by and through undersigned counsel, Jason A. Weiner of GAZEWOOD & WEINER, P.C., hereby demand a trial by jury in this action on all issues so triable.

Dated:  October 7, 2011

GAZEWOOD & WEINER, PC
Attorney for Defendants

By:  /s/ Jason A. Weiner
Jason A. Weiner
ABA No. 9906031

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was provided via ☒ mail ☐ courier ☐ fax to the following:

Rosemaire Kalamarides
Alaska Teamsters Employer Service Corp
520 E 34th Ave., Ste 107
Anchorage, AK 99503

Dated: 10/7/11  By: DOsterby

**GAZEWOOD & WEINER, PC**
1008 16th Avenue
Suite 200
Fairbanks, Alaska 99701
Tel.: (907) 452-5196
Fax: (907) 456-7058
info@fairbankslaw.com