IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

JUSTIN OLSEN,

    Plaintiff,

vs.

ALASKA TEAMSTER-EMPLOYER WELFARE PLAN and THE BOARD OF TRUSTEES,

    Defendant.

Case No. 4:11-cv-000015 RRB

## AFFIDAVIT OF SERVICE

STATE OF ALASKA        )
                                   )ss.
FOURTH JUDICIAL DISTRICT  )

I, Debi D. Osterby, being first duly sworn, upon oath, depose and state as follows:

1. That I am a citizen of the United States of America and a resident of the Fourth Judicial District, State of Alaska, and at least 18 years of age.

2. That I am employed as a Paralegal at Gazewood & Weiner, P.C. and assigned to assist in the above captioned matter.

3. That I served a true copy of the Complaint and Summons on Rosemarie Kalamarides, registered agent for Alaska Teamster-Employer Welfare Plan, by certified mail bearing article number 7009 2820 0002 3349 4201, return receipt requested, restricted delivery, postage prepaid and addressed as follows:

    Rosemarie Kalamarides
    Alaska Teamster-Employer Welfare Plan
    520 E. 34th Street., Ste 107
    Anchorage, AK 99503

GAZEWOOD & WEINER, PC
1008 16th Avenue
Suite 200
Fairbanks, Alaska 99701
Tel.: (907) 452-5196
Fax: (907) 456-7058
info@fairbankslaw.com

FURTHER YOUR AFFIANT SAYETH NAUGHT.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Rosemarie Kalamarides
Alaska Teamster-Employer
Welfare Plan
520 E. 34th St., Ste. 107
Anchorage, AK 99503

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X Carole Roesler  ☒ Agent  ☐ Addressee
B. Received by (Printed Name): CAROLE ROESLER
C. Date of Delivery: 10-4-11
D. Is delivery address different from item 1? ☐ Yes  ☐ No
3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☒ Yes

2. Article Number (Transfer from service label): 7009 2820 0002 3349 4201

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

DATED and SUBMITTED this 6th day of October, 2011, at Fairbanks, Alaska.

Debi D. Osterby

SUBSCRIBED AND SWORN TO before me the undersigned notary public on this 6th day of October, 2011.

Notary Public in and for Alaska
My Commission Expires: July 12, 2014

GAZEWOOD & WEINER, PC
1008 16th Avenue
Suite 200
Fairbanks, Alaska 99701
Tel: (907) 452-5196
Fax: (907) 456-7058
info@fairbankslaw.com