UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Justin Olsen<br><br>                    Plaintiff(s),<br>vs.<br>Alaska Teamster-Employer Welfare Plan, and the Board of Trustees,<br><br>                    Defendant(s). | Case No. 4:11-cv-00015-RRB<br><br>MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, Michael P. Monaco                    , hereby apply for permission to appear and
   (name)
participate as counsel for  AK Teams.-Emp.Welf. Plan & Bd. of Tees.  , Defendants    ,
                                    (Name of party)                                              (plaintiff/defendant)
in the above-entitled cause pursuant to Rule 83.1 (d) of the Local Rules for the United States

District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT

ASSOCIATION of local counsel because [check whichever of the following boxes apply, if

any]:

[X]    I am a registered participant in the CM/ECF System for the District of Alaska and consent

       to service by electronic means through the court's CM/ECF System.

[ ]    I have concurrently herewith submitted an application to the Clerk of the Court for

       registration as a participant in the CM/ECF System for the District of Alaska and consent

       to service by electronic means through the court's CM/ECF System.

[ ]    For the reasons set forth in the attached memorandum.

**OR**

I hereby designate  Ronald L. Bliss                              , a member of the Bar of this court,
                               (Name)
who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case.

DATE: November 17, 2011

_____
(Signature)

Michael P. Monaco
(Printed Name)

720 Third Ave, Suite 1500
(Address)

Seattle WA  98104
(City/State/Zip)

206-398-1500
(Telephone Number)

mmonaco@songmondress.com
(e-mail address)

Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE:

s/ Ronald L. Bliss (consent)
_____
(Signature)

Ronald L. Bliss
(Printed Name)

500 L. Street, Suite 200
(Address)

Anchorage, AK  99501
(City, State, Zip)

907-276-2999
(Telephone)

(*Member of the Bar of the United States District Court for the District of Alaska)

DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name:  Michael P. Monaco

Business Address: 720 Third Ave, Suite 1500 , Seattle, WA  98104
                        (Mailing/Street)                                          (City, State, ZIP)

Residence:         932 29th Ave                          , Seattle, WA  98122
                        (Mailing/Street)                                          (City, State, ZIP)

Business Telephone:  206-398-1500          e-mail address:  mmonaco@songmondress.com

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

| Jurisdiction | Address | Year |
|---|---|---|
| Washington | 1325 Fourth Ave, Suite 600, Seattle WA  98101 | 1994 |
| U.S.D.C., W.D. Washington | 700 Stewart Street, Suite 2310, Seattle WA 98101 | 1996 |
| U.S.D.C., E.D. Washington | 920 West Riverside Avenue, Spokane, WA  99201 | 1996 |
| Ninth Circuit Court of Appeals | 1010 Fifth Avenue, Seattle, WA  98104 | 1996 |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐     No ☒   (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐     No ☒   (If Yes, provide details on a separate attached sheet)

In accordance with D.AK. LR 83.1(d)(4)[A](vi), I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated:   November 17, 2011

_____
(Signature of Applicant)

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:
Jason A. Weiner
Gazewood & Weiner, PC
1008 16th Avenue, Suite 200
Fairbanks, AK 99701

s/ Michael P. Monaco

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 24460 |
| OF | ) | CERTIFICATE OF GOOD |
| MICHAEL PAUL MONACO | ) | STANDING |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | |

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

### MICHAEL PAUL MONACO

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on November 28, 1994, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 24th day of March, 2011.

Ronald R. Carpenter
Supreme Court Clerk
Washington State Supreme Court