Ronald L. Bliss
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone:  (907) 276-2999
Facsimile:  (907) 276-2956
E-mail:  rlb@bwclawyers.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| JUSTIN OLSEN, | ) | |
| | ) | |
| Plaintiff , | ) | Case No. 4:11-cv-00015-RRB |
| | ) | |
| vs. | ) | |
| | ) | |
| ALASKA TEAMSTER-EMPLOYER | ) | |
| WELFARE PLAN and THE BOARD OF | ) | |
| TRUSTEES, | ) | **ENTRY OF APPEARANCE** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Bliss, Wilkens & Clayton enters its appearance on behalf of Alaska Teamster-Employer Welfare Plan and The Board of Trustees and requests that copies of all correspondence and pleadings, excluding service of process, be directed to it at 500 L Street, Suite 200, Anchorage, Alaska 99501.

DATED this 18th day of November, 2011, at Anchorage, Alaska.

By:   s/Ronald L. Bliss
      Bliss, Wilkens & Clayton
      Counsel for Defendants
      Alaska Teamster-Employer
      Welfare Plan and The Board
      of Trustees
      500 L Street, Suite 200
      Anchorage, AK  99501
      Phone: (907) 276-2999
      Fax:  (907) 276-2956
      E-mail:  rlb@bwclawyers.com
      ABA No. 76050110

### CERTIFICATE OF SERVICE

I hereby certify that on November 18th, 2011, a copy of the foregoing was served by First Class mail on:

Bruce R. Probert
P.O. Box 1148
Delta Junction, AK 99737

s/Ronald L. Bliss

N:\ASM\68-218\PLEADINGS\ENTRY OF APPEARANCE.DOC