```
DUPLICATE

Court Name: District of Alaska
Division: 3
Receipt Number: ANC004817
Cashier ID: bk
Transaction Date: 11/18/2011
Payer Name: Clayton and Associates
----------------------------------
PRO HAC VICE
 For: Clayton and Associates
 Case/Party: D-AKX-3-10-CV-000001-001
 Amount:         $150.00
----------------------------------
CHECK
 Check/Money Order Num: 7962
 Amt Tendered:  $150.00
----------------------------------
Total Due:      $150.00
Total Tendered: $150.00
Change Amt:     $0.00

4:11-cv-00015-RRB


A fee of $53.00 will be charged for
any returned check.
```