Michael P. Monaco
Song Mondress PLLC
720 Third Avenue, Suite 1500
Seattle, WA 98104
Telephone: (206) 398-1500
Facsimile: (206) 398-1501
E-mail:  mmonaco@songmondress.com

Ronald L. Bliss
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone:  (907) 276-2999
Facsimile:  (907) 276-2956
E-mail:  rlb@bwclawyers.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

| | |
|---|---|
| JUSTIN OLSEN,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ALASKA TEAMSTER-EMPLOYER WELFARE  )<br>PLAN, and THE BOARD OF TRUSTEES,  )<br>  )<br>    Defendants.  )<br>_____) | Case No. 4:11-cv-00015-RRB |

**DEFENDANTS' DISCLOSURE OF CORPORATE AFFILATIONS**
**PURSUANT TO F.R.C.P. 7.1**

Defendants hereby make the following disclosures pursuant to F.R.C.P. 7.1:

Defendants' Disclosure of Corporate                Olsen v. Alaska Teamster-Employer Welfare Plan, *et al*
Affiliations Pursuant to F.R.C.P. 7.1                                                              4:11-cv-00015-RRB
Page 1 of 3

1.      Defendant Alaska Teamster-Employer Welfare Plan is an unincorporated, nonprofit trust.  It has no parent corporation and no publicly held corporation owns 10% or more of its stock.

2.      Defendant Board of Trustees is a group consisting solely of individuals.

DATED this 21st day of November, 2011, at Seattle, Washington.

By:  s/ Michael P. Monaco

SONG MONDRESS PLLC
Counsel for Defendants
Alaska Teamster-Employer
Welfare Plan and Board of Trustees
720 Third Ave., Suite 1500
Seattle, WA 98104
E-mail:  mmonaco@songmondress.com
Phone:  (206) 398-1500
Fax:  (206) 398-1501

Ronald L. Bliss
BLISS, WILKENS & CLAYTON
500 L. Street, Suite 200
Anchorage, AK  99501
E-mail:  rlb@bwclawyers.com
Phone:  (907) 276-2999
Fax:  (907) 276-2956
(ABA No. 7605011)

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Jason A. Weiner
Gazewood & Weiner, PC
1008 16th Avenue
Suite 200
Fairbanks, AK 99701

s/ Michael P. Monaco

Defendants' Disclosure of Corporate       Olsen v. Alaska Teamster-Employer Welfare Plan, *et al*
Affiliations Pursuant to F.R.C.P. 7.1                                             4:11-cv-00015-RRB
Page 3 of 3