Michael P. Monaco
Song Mondress PLLC
720 Third Avenue, Suite 1500
Seattle, WA 98104
Telephone: (206) 398-1500
Facsimile: (206) 398-1501
E-mail: mmonaco@songmondress.com

Ronald L. Bliss
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone: (907) 276-2999
Facsimile: (907) 276-2956
E-mail: rlb@bwclawyers.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

| | |
|---|---|
| JUSTIN OLSEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALASKA TEAMSTER-EMPLOYER WELFARE )<br>PLAN, and THE BOARD OF TRUSTEES, )<br>)<br>Defendants. )<br>) | Case No. 4:11-cv-00015-RRB |

## DEFENDANTS' MOTION TO DISMISS DAMAGES CLAIMS

Defendants Alaska Teamster-Employer Welfare Plan and Board of Trustees respectfully submit this Motion to Dismiss Plaintiff's claims for damages for pain and suffering and emotional distress, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Rule

7.1(a) of the Local Rules for the District of Alaska. This motion is supported by the accompanying Memorandum.

DATED this 21st day of November, 2011, at Seattle, Washington.

By: s/ Michael P. Monaco

SONG MONDRESS PLLC
Counsel for Defendants Alaska Teamster-
Employer Welfare Plan and Board of Trustees
720 Third Ave., Suite 1500
Seattle, WA 98104
E-mail: mmonaco@songmondress.com
Phone: (206) 398-1500
Fax: (206) 398-1501

Ronald L. Bliss
BLISS, WILKENS & CLAYTON
500 L. Street, Suite 200
Anchorage, AK 99501
E-mail: rlb@bwclawyers.com
Phone: (907) 276-2999
Fax: (907) 276-2956
(ABA No. 7605011)

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Jason A. Weiner
Gazewood & Weiner, PC
1008 16th Avenue
Suite 200
Fairbanks, AK 99701

s/ Michael P. Monaco