UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| JUSTIN OLSEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALASKA TEAMSTER-EMPLOYER WELFARE )<br>PLAN, and THE BOARD OF TRUSTEES, )<br>)<br>Defendants. )<br>_____ ) | Case No. 4:11-cv-00015-RRB |

**(PROPOSED) ORDER GRANTING DEFENDANTS'**
**<u>MOTION TO DISMISS DAMAGES CLAIMS</u>**

This Court, having considered Defendants' Motion to Dismiss Damages Claims and any related filings, and being fully advised in the premises,

HEREBY ORDERS that the motion by Defendants for dismissal for failure to state a claim is GRANTED with respect to Plaintiff's claims for damages for pain and suffering and emotional distress.

DATED this _____ day of _____, 2011, at Anchorage, Alaska.

_____
The Honorable Ralph R. Beistline
United States District Judge

(PROPOSED) Order Granting Defendants'          Olsen v. Alaska Teamster-Employer Welfare Plan, *et al*
Motion to Dismiss Damages Claims                                                  4:11-cv-00015-RRB
Page 1 of 2

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Jason A. Weiner
Gazewood & Weiner, PC
1008 16th Avenue
Suite 200
Fairbanks, AK 99701

                s/ Michael P. Monaco

(PROPOSED) Order Granting Defendants'  Olsen v. Alaska Teamster-Employer Welfare Plan, *et al*
Motion to Dismiss Damages Claims              4:11-cv-00015-RRB
Page 2 of 2