UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| JUSTIN OLSEN,<br><br>    Plaintiff,<br><br>v.<br><br>ALASKA TEAMSTER-EMPLOYER WELFARE PLAN, and THE BOARD OF TRUSTEES,<br><br>    Defendants. | Case No. 4:11-cv-00015-RRB |

**(PROPOSED) ORDER GRANTING DEFENDANTS'**
**MOTION TO STRIKE PLAINTIFF'S JURY DEMAND**

This Court, having considered Defendants' Motion to Strike Plaintiff's Jury Demand and any related filings, and being fully advised in the premises,

HEREBY ORDERS that the motion to Strike Plaintiff's Jury Demand is GRANTED, as there is no right to a jury trial under Employee Retirement Income Security Act § 502, 29 U.S.C. § 1132.

DATED this _____ day of _____, 2011, at Anchorage, Alaska.

_____
The Honorable Ralph R. Beistline
United States District Judge

(PROPOSED) Order Granting Dfts' Mot. to    Olsen v. Alaska Teamster-Employer Welfare Plan, *et al*
Strike Plaintiff's Jury Demand    4:11-cv-00015-RRB
Page 1 of 2

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Jason A. Weiner
Gazewood & Weiner, PC
1008 16th Avenue
Suite 200
Fairbanks, AK 99701

                                            s/ Michael P. Monaco