Michael P. Monaco
Song Mondress PLLC
720 Third Avenue, Suite 1500
Seattle, WA 98104
Telephone: (206) 398-1500
Facsimile: (206) 398-1501
E-mail:  mmonaco@songmondress.com

Ronald L. Bliss
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone:  (907) 276-2999
Facsimile:  (907) 276-2956
E-mail:  rlb@bwclawyers.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

| | |
|---|---|
| JUSTIN OLSEN,<br><br>       Plaintiff,<br><br>v.<br><br>ALASKA TEAMSTER-EMPLOYER WELFARE PLAN, and THE BOARD OF TRUSTEES,<br><br>       Defendants. | Case No. 4:11-cv-00015-RRB |

**MEMORANDUM IN SUPPORT OF DEFENDANTS'**
**MOTION TO STRIKE PLAINTIFF'S JURY DEMAND**

Defendants Alaska Teamster-Employer Welfare Plan and Board of Trustees (hereinafter collectively referred to as "Trust") respectfully submit this Memorandum in Support of their Motion to Strike Plaintiff's Jury Demand.

Mem. in Support of Dfts' Mot. to                    Olsen v. Alaska Teamster-Employer Welfare Plan, *et al*
Strike Plaintiff's Jury Demand                                                              4:11-cv-00015-RRB
Page 1 of 4

**I.     Introduction**

Fed. R. Civ. P. 39(a)(2) provides for the Court to strike a jury demand where it finds that with respect to some or all of the issues in the action, a right of trial by jury does not exist under the Constitution or statutes of the United States. The Trust moves to strike Plaintiff's jury demand because all of Plaintiff's causes of action are (and can only be) brought under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001, *et seq.,* and it is well established that no jury trial is available for ERISA claims.

**II.    Argument**

   A.     <u>Jury Trial Is Not Available Under ERISA</u>.

The Trust is a self-funded health and welfare benefit plan governed by ERISA, and is administered by Defendant Board of Trustees. Dkt. No. 1, ¶¶ 1, 2, 4, 5. All of Plaintiff's causes of action in this case arise under ERISA § 502(a), 29 U.S.C. § 1132(a). *Id.,* ¶ 1.

It is well-established in the Ninth Circuit and nationwide that there is no right to a jury trial under ERISA. *e.g.*, *Ingram v. Martin Marietta Long Term Disability Income Plan for Salaried Employees of Transferred GE Operations,* 244 F.3d 1109, 1114 (9th Cir. 2001) (citing; *Thomas v. Oregon Fruit Prods. Co.,* 228 F.3d 991, 996-97 (9th Cir. 2000)

Because all of Plaintiff's claims are under ERISA § 502, 29 U.S.C. § 1132,[1] Plaintiff is not entitled to a jury trial with respect to any of the claims in this action.

---

[1] Plaintiff has not asserted any state law claims in this action, and cannot claim that a right to jury trial should attach on the basis of any such claims. Any state law claims would, of course, be completely preempted by ERISA in this case. Any state or common law claim that comes within the scope of ERISA's civil enforcement provisions "duplicates, supplements, or supplants the ERISA civil enforcement remedy" and "conflicts with the clear congressional intent to make the ERISA remedy exclusive and is therefore pre-empted." *Aetna Health Inc.v. Davila*, 542 U.S. at 200, 209 (2004).

Mem. in Support of Dfts' Mot. to                    Olsen v. Alaska Teamster-Employer Welfare Plan, *et al*
Strike Plaintiff's Jury Demand                                              4:11-cv-00015-RRB
Page 2 of 4

### III.  Conclusion

For the foregoing reasons, Defendants respectfully request that Plaintiff's jury demand be stricken, and that the Court docket this matter as a non-jury case.

DATED this 21st day of November, 2011, at Seattle, Washington.

By: s/ Michael P. Monaco

SONG MONDRESS PLLC
Counsel for Defendants
Alaska Teamster-Employer
Welfare Plan and Board of Trustees
720 Third Ave., Suite 1500
Seattle, WA 98104
E-mail:  mmonaco@songmondress.com
Phone:  (206) 398-1500
Fax:  (206) 398-1501

Ronald L. Bliss
BLISS, WILKENS & CLAYTON
500 L. Street, Suite 200
Anchorage, AK  99501
E-mail:  rlb@bwclawyers.com
Phone:  (907) 276-2999
Fax:  (907) 276-2956
(ABA No. 7605011)

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Jason A. Weiner
Gazewood & Weiner, PC
1008 16th Avenue
Suite 200
Fairbanks, AK 99701

                                                s/ Michael P. Monaco