IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

JUSTIN OLSEN,

        Plaintiff,

vs.

ALASKA TEAMSTER-EMPLOYER WELFARE PLAN and THE BOARD OF TRUSTEES,

        Defendant.

Case No. 4:11-cv-000015 RRB

# **ORDER DENYING DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S JURY DEMAND**

THIS MATTER having come before this Court upon motion of the defendant to strike Plaintiff's Jury Demand, and the court being advised of the opposition, if any;

IT IS HEREBY ORDERED that Defendants' Motion to Strike Plaintiff's Jury Demand is **DENIED**.  This matter shall be tried before a jury.

DATED at Fairbanks, Alaska this _____ day of _____, 2011.

                                                        _____
                                                        The Honorable Ralph R. Beistline
                                                        United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was provided via electronic filing using the CM/ECF system with the Clerk of Court to the following:

Ronald L. Bliss
500 L Street, Ste 200
Anchorage, AK 99501

Michael P. Monaco
720 Third Ave., Ste 1500
Seattle, WA 98104

Dated:  12/05/11   By:      Jason Weiner

**GAZEWOOD & WEINER, PC**

1008 16th Avenue
Suite 200
Fairbanks, Alaska 99701
Tel.:  (907) 452-5196
Fax: (907) 456-7058
info@fairbankslaw.com