IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| |
|---|
| JUSTIN OLSEN, <br><br>       Plaintiff, <br><br> vs. <br><br> ALASKA TEAMSTER-EMPLOYER WELFARE PLAN and THE BOARD OF TRUSTEES, <br><br>       Defendant. |

Case No. 4:11-cv-000015 RRB

# ORDER DENYING DEFENDANTS' MOTION TO DISMISS DAMAGES CLAIMS

THIS MATTER having come before this Court upon motion of the Defendants to Dismiss Damages Claims, and the court being advised of the opposition;

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss Damages Claims is **DENIED**.  Plaintiff's claims for pain and suffering, emotional distress, and loss of consortium shall be considered by the finder of fact in this case.

DATED at Fairbanks, Alaska this _____ day of _____, 2011.

_____
The Honorable Ralph R. Beistline
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was provided via electronic filing using the CM/ECF system with the Clerk of Court to the following:

Ronald L. Bliss
500 L Street, Ste 200
Anchorage, AK 99501

Michael P. Monaco
720 Third Ave., Ste 1500
Seattle, WA 98104

Dated:  12/12/11   By:       Jason Weiner

**GAZEWOOD & WEINER, PC**

1008 16th Avenue
Suite 200
Fairbanks, Alaska 99701
Tel.:  (907) 452-5196
Fax: (907) 456-7058
info@fairbankslaw.com