UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| JUSTIN OLSEN,<br><br>    Plaintiff,<br><br>v.<br><br>ALASKA TEAMSTER-EMPLOYER WELFARE PLAN, and THE BOARD OF TRUSTEES,<br><br>    Defendants. | Case No. 4:11-cv-00015-RRB |

**(PROPOSED) ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS NON-ERISA CLAIMS**

This Court, having considered Defendants' Motion to Dismiss Non-ERISA Claims and any related filings, and being fully advised in the premises,

HEREBY ORDERS that the motion by Defendants for dismissal for failure to state a claim is GRANTED with respect to the following claims: (1) pain and suffering, emotional distress, and loss of consortium damages; (2) breach of contract; (3) breach of fiduciary duty and structural conflict of interest; and (4) penalties with respect to the submission of Plaintiff's claim for benefits on or about March 31, 2010.

DATED this ____ day of _____, 2012.

_____
The Honorable Ralph R. Beistline
United States District Judge

(PROPOSED) Order Granting Defendants'       Olsen v. Alaska Teamster-Employer Welfare Plan, et al
Motion to Dismiss Non-ERISA Claims                                    4:11-cv-00015-RRB
Page 1 of 2

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Jason A. Weiner
Gazewood & Weiner, PC
1008 16th Avenue
Suite 200
Fairbanks, AK 99701

s/ Michael P. Monaco

(PROPOSED) Order Granting Defendants'　　　　Olsen v. Alaska Teamster-Employer Welfare Plan, *et al*
Motion to Dismiss Non-ERISA Claims　　　　　　　　　　　　　　　　　　　　4:11-cv-00015-RRB
Page 2 of 2