Michael P. Monaco
Song Mondress PLLC
720 Third Avenue, Suite 1500
Seattle, WA 98104
Telephone: (206) 398-1500
Facsimile: (206) 398-1501
E-mail:  mmonaco@songmondress.com

Ronald L. Bliss
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone:  (907) 276-2999
Facsimile:  (907) 276-2956
E-mail:  rlb@bwclawyers.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

|  |  |
|---|---|
| JUSTIN OLSEN, )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>ALASKA TEAMSTER-EMPLOYER WELFARE )<br>PLAN, and THE BOARD OF TRUSTEES, )<br>)<br>        Defendants. )<br>_____) | Case No. 4:11-cv-00015-RRB |

## DECLARATION OF ROSE KALAMARIDES

I, Rose Kalamarides, declare under penalty of perjury as follows:

1.        I am over the age of 18 years and competent to testify to the matters stated herein.

I am the administrator for the Defendant Alaska Teamster-Employer Welfare Plan ("Plan").

2.     The Plan provides medical and other benefits to participating employees and their dependents pursuant to a written document.  Attached as Exhibit 1 is a true and correct copy of the written document describing benefits under the Plan, as restated effective January 1, 2007, in effect at the time of submission of Justin Olsen's claim for benefits and appeal proceedings in 2010.

3.     The Plan does not have individual benefit contracts or agreements with particular employees or their dependents, and did not have any such agreements with Justin Olsen in 2010 or at any other time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of December, 2011, at Anchorage, Alaska.

_____
ROSE KALAMARIDES

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Jason A. Weiner
Gazewood & Weiner, PC
1008 16th Avenue
Suite 200
Fairbanks, AK 99701

s/ Michael P. Monaco