IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

JUSTIN OLSEN,

                   Plaintiff,

vs.

ALASKA TEAMSTER-EMPLOYER
WELFARE PLAN and THE BOARD OF
TRUSTEES,

                   Defendant.

Case No. 4:11-cv-000015 RRB

## ORDER DENYING DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S JURY DEMAND

        THIS MATTER having come before this Court upon motion of the defendant to strike

Plaintiff's Jury Demand, and the court being advised of the opposition, if any;

        IT IS HEREBY ORDERED that Defendants' Motion to Strike Plaintiff's Jury Demand is

**DENIED**.  This matter shall be tried before a jury.

        DATED at Fairbanks, Alaska this _____ day of _____, 2012.

                                            _____
                                            The Honorable Ralph R. Beistline
                                            United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing
was provided via electronic filing using the CM/ECF system
with the Clerk of Court to the following:

Ronald L. Bliss
500 L Street, Ste 200
Anchorage, AK 99501

Michael P. Monaco
720 Third Ave., Ste 1500
Seattle, WA 98104

Dated: _1/10/12_  By: _____Jason Weiner_____

**GAZEWOOD &
WEINER, PC**

1008 16th Avenue
Suite 200
Fairbanks, Alaska 99701
Tel.:  (907) 452-5196
Fax: (907) 456-7058
info@fairbankslaw.com

**Olsen v. Alaska Teamster-Employer
Case No.  4:11-cv-00015-RRB**              Page 1 of 1              **(Proposed) Order Denying Defendant's
Motion to Strike Plaintiff's Jury Demand**