05/18/2010 08:51 FAX 2064402646    QUALIS HEALTH    ☒002/003




PO Box 33400
Seattle WA 98133-0400
www.qualishealth.org

## CONFIDENTIAL AND ADVISORY

### ALASKA TEAMSTER-EMPLOYEE WELFARE TRUST
### UPHELD APPEAL NOTICE

May 11, 2010

JUSTIN OLSEN
1075 CLOVERLEAF DR
NORTH POLE, AK 99705

| | | | | |
|---|---|---|---|---|
| **Date of Birth:** | 06/17/1982 | | **Appeal Type:** | Standard |
| **Case Number:** | 26502191 | | **Insurance ID:** | 959103757 |
| **Subscriber Name:** | Justin Olsen | | | |
| **Physician:** | Larry Wolford, M.D. | | **Facility:** | Baylor University Medical Center |
| **Admit Date:** | 6/2/2010 | | **Discharge Date:** | |

**Diagnosis:** 714.30 POLYARTICULAR JUVENILE RHEUMATOID ARTHRITIS, CHRONIC OR UNSPECIFIED

| Status | From | To | Procedure | |
|---|---|---|---|---|
| Deny | 6/2/2010 | 6/5/2010 | 21243 | ARTHROPLASTY, TEMPOROMANDIBULAR JOINT, WITH PROSTHETIC JOINT REPLACEMENT |

In order to promote high quality health care, Qualis Health has been authorized by your healthcare plan to pre-certify inpatient admissions, surgical procedures and select outpatient services. Qualis Health's function is to determine medical necessity.

**It is your responsibility to review your benefit plan booklet to determine if the recommended treatment/procedure(s) is covered under your plan and to verify your eligibility.** In the event you receive treatment and/or services outside the Plan's Preferred Provider network, by using a *non-Preferred Provider*, you will pay significantly more out-of-pocket. Questions regarding the benefit provisions of your plan should be directed to your health plan's **Customer Service at 800-478-4450**.

Qualis Health performed the initial review of the above referenced health care service(s). The appeal review was completed by a Qualis Health medical peer consultant with the same or similar specialty as the attending physician. **The decision after appeal is to *uphold* the original non-certification.** This determination is based on the following: After review of the clinical information submitted, our Oromaxilofacial peer consultant has advised that the proposed procedure cannot be approved at this time. Symptoms described do not indicate need for total joint replacement which would have a high risk of not addressing patients complaint of pain. Additional clinical rationale used in making the appeal decision will be provided, in writing, upon request.



EXHIBIT 5
Page 1 of 2

This notification does not prohibit you from being admitted to or remaining in the facility, but it does mean that Qualis Health will inform your healthcare claims payer that we cannot certify the requested health care services. The final decision for continued medical treatment is between you and your physician. Without Qualis Health approval, benefits may be reduced or charges disallowed.

If you have any questions regarding this notification, please contact Qualis Health at **1-800-783-8606**.

Sincerely,

*Eric Wall, MD*

Eric M. Wall, MD, MPH
Senior Medical Director

cc:   Attending Provider
      Claims Payer
      Facility UM Department
      Facility Billing Department
      Qualis Health File

EXHIBIT 5
Page 2 of 2