

**ALASKA TEAMSTER-EMPLOYER**
SERVICE CORPORATION

July 6, 2010

Justin Olsen
1075 Cloverleaf Dr
North Pole, AK 99705

520 E. 34TH Ave., Suite 107

Dear Mr. Olsen:

This letter is to confirm that the Alaska Teamster-Employer Welfare Trust has received your request for appeal of denied benefits.

Anchorage, AK 99503-4116

The Administrative Committee of the Alaska Teamster-Employer Welfare Trust will meet Friday, July 16, 2010. The meeting will be at 520 E. 34th Avenue; Suite 301, Anchorage Alaska, beginning at 9:00 a.m.

You can choose to:

- submit your written appeal and also make a personal appearance before the Administration Committee to discuss your appeal.

907-565-8300

- submit your written appeal and be represented by another individual before the Administration Committee to state your appeal.

- submit your written appeal and have the staff present your appeal to the Administration Committee.

fax 907-565-8338

Please contact me at (907) 565-8320 by Wednesday July 14, 2010 and state your wishes.

Respectfully,

ALASKA TEAMSTER-EMPLOYER
WELFARE TRUST

benefits@959trusts.com

Dennie Castillo
Customer Service Representative

[www.959trusts.com]

EXHIBIT 7
Page 1 of 1