

**ALASKA TEAMSTER-EMPLOYER**
SERVICE CORPORATION

July 19, 2010

Justin Olsen
1075 Cloverleaf Dr
North Pole, AK 99705

Dear Mr. Olsen:

520 E. 34TH Ave., Suite 107

On behalf of the Board of Trustees of the Alaska Teamster-Employer Welfare Trust, I am writing to you regarding your appeal that went before the Administrative Committee at their July 16, 2010 meeting.

Due to special circumstances, the Trustees concluded additional information was needed before a final determination can be made regarding your claim for benefits. The Trustees instructed the staff to request additional information for further review. The Trustees are therefore extending the time to decide your appeal. You will be notified when a decision has been made, which is expected to occur by the time the second request for review has finalized.

Anchorage, AK 99503-4116

The extension of time is necessary because the Plan is awaiting relevant information requested from you. Please submit your medical records for further review.

907-565-8300

Please review your records and submit any other relevant documents, if any, pertinent to your claim which you have not already submitted.

Respectfully,

fax 907-565-8338

ALASKA TEAMSTER-EMPLOYER
WELFARE TRUST

Dennie Castillo
Trust Customer Service

benefits@959trusts.com

EXHIBIT 9
Page 1 of 1

[www.959trusts.com]