MINUTES

ADMINISTRATIVE COMMITTEE OF THE
ALASKA TEAMSTER EMPLOYER WELFARE TRUST

August 23, 2010

520 E. 34th Avenue, Suite 302
Anchorage, Alaska

**CALL TO ORDER:**

The meeting of the Administrative Committee was called to order at 9:38 a.m.

**ATTENDANCE:**

Attending telephonically as the committee were Trustee Marion Davis and Trustee Tim Sunday.

Also attending telephonically were Attorney Mike Monaco, Plan consultant Jack Loos, and Staff members Rose Kalamarides, Carole Roesler and Dennie Castillo.

**OLSEN APPEAL:**

Ms. Castillo presented and summarized Mr. Olsen's appeal. Mr. Olson is asking for reconsideration that the Plan cover arthroplasty with prosthetic joint replacement surgery which had been reviewed originally by Qualis Health and denied because the clinical information submitted did not support the medical necessity to approve the surgery.

The clinical information was submitted to AllMed for a secondary review for medical necessity. The second physician reviewer upheld the denial stating the clinical documentation submitted did not support medical necessity to approve the surgery as the patient has no difficulty with his jaw's range of motion and/or chewing.



EXHIBIT 11
Page 1 of 2

Administrative Committee of the
Alaska Teamster-Employer Welfare Trust
Meeting of August 23, 2010
Page 2

### MOTION:

After due consideration of all the information presented, the Trustees concluded AllMed's determination to uphold the original denial was appropriate as there was no evidence of medical necessity to warrant the procedure. Trustee Tim Sunday made a motion to deny the request. Trustee Marion Davis seconded the motion.

### ADJOURNMENT:

The Administrative Committee meeting was adjourned at 9:50 a. m.

{00032374; 2 }

EXHIBIT 11
Page 2 of 2