# SONG MONDRESS
PLLC

ATTORNEYS AT LAW


mmonaco@songmondress.com

August 17, 2011

*Via Email and U.S. Mail*

Yauna Taylor
Gazewood & Weiner
1008 16th Avenue, Suite 200
Fairbanks, AK  99701

Re:   *Alaska Teamster-Employer Welfare Trust – Justin Olsen Claim*

Dear Ms. Taylor:

Enclosed pursuant to your request is the claim file regarding Justin Olsen's claim for medical benefits for TMJ treatment.

Very truly yours,
SONG MONDRESS PLLC

Michael P. Monaco   by smfs

Encl.

00050452.DOC

EXHIBIT 15
Page 1 of 1