Michael P. Monaco
Song Mondress PLLC
720 Third Avenue, Suite 1500
Seattle, WA 98104
Telephone:  (206) 398-1500
Facsimile:  (206) 398-1501
E-mail:  mmonaco@songmondress.com

Ronald L. Bliss
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone:  (907) 276-2999
Facsimile:  (907) 276-2956
E-mail:  rlb@bwclawyers.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUSTIN OLSEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALASKA TEAMSTER-EMPLOYER ) <br> WELFARE PLAN and THE BOARD ) <br> OF TRUSTEES, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 4:11-cv-00015-RRB <br><br> **NOTICE OF FILING** <br> **DECLARATION OF** <br> **ROSE KALAMARIDES** |

      Defendants, through undersigned counsel, hereby give notice of filing a chamber copy of the Declaration of Rose Kalamarides [Dkt. 22].

DATED this 18th day of January, 2012, at Anchorage, Alaska.

>BLISS, WILKENS & CLAYTON
>Lawyers for Defendants
>
>By: s/Ronald L. Bliss
>500 L Street, Suite 200
>Anchorage, AK 99501
>Telephone: (907) 276-2999
>Facsimile: (907) 276-2956
>E-mail: rlb@bwclawyers.com
>ABA No.: 7605011

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of January, 2012, a copy of the foregoing document was served electronically on:

Jason A. Weiner
Gazewood & Weiner, PC

s/Ronald L. Bliss

N:\JAW\68\218\PLDNGS\DKT.22.COMPLIANCE NTC.DOC

NOTICE OF FILING DECLARATION
OF ROSE KALAMARIDES                                 *Olsen v. ATEWP, et al.*
Page 2 of 2                                                    4:11-cv-00015-RRB