## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

JUSTIN OLSEN,

      Plaintiff,

                         Case Number 4:11-cv-00015-RRB

v.

ALASKA TEAMSTER-EMPLOYER
WELFARE PLAN, et al.,

      Defendants.           **JUDGMENT IN A CIVIL CASE**

\_  **JURY VERDICT.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X  **DECISION BY COURT.**  This action came before the court.  The issues have been duly considered and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED:

      THAT the plaintiff take nothing, that the action be dismissed on the merits, and that the defendants Alaska Teamster-Employer Welfare Plan and The Board of Trustees recover costs from the plaintiff Justin Olsen.

APPROVED:

s/RALPH R. BEISTLINE
United States District Judge

Date: May 1, 2013

***NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.***

          MARVEL HANSBRAUGH
           Marvel Hansbraugh,
            Clerk of Court

[411cv15RRB judgment.wpd]{JMT2.WPT*Rev.3/03}